JANUARY 30, 1964

A.R.D. 166.—United States v. Kurt Orban Company, Incorporated, reappraisements R61/1342 and R61/5194.— Motion by appellee.